J. & F. B. GARRETT COMPANY, Respondent, v. McPHAIL CANDY CORPORATION, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action for goods sold and delivered.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

AURELIA L. MORTILLARO, Respondent, v. JOSEPH E. MORTILLARO, Appellant.— Orders affirmed, without costs of these appeals to either party. All concur. (Appeal from an order of Monroe Special Term denying defendant's motion to modify a divorce decree by reduction of alimony; appeal from an order of Monroe Special Term holding defendant in contempt.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.